IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGELA PETERSEN,

    Defendant.

---

## INFORMATION

---

The United States Attorney charges:

### COUNT 1

1. On or about June 29, 2016, in the State and District of Colorado and elsewhere, the defendant ANGELA PETERSEN, having knowledge of a felony cognizable by a court of the United States, to wit, a false statement in violation of 18 U.S.C. § 1001, did knowingly conceal and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, including the Defense Criminal Investigative Service.

All in violation of Title 18 United States Code, Section 4.

                                              JASON R. DUNN
                                              United States Attorney

                                              By: *s/Bryan David Fields*
                                              Bryan David Fields
                                              Assistant U.S. Attorney
                                              U.S. Attorney's Office
                                              1801 California St., Ste. 1600
                                              Denver, CO 80202
                                              Telephone: 303-454-0200
                                              Fax:  303-454-0406
                                              E-mail:  Bryan.Fields3@usdoj.gov
                                              Attorney for Government