| | |
|---|---|
| DEFENDANT: | ANGELA PETERSEN |
| AGE/YOB: | 38/1980 |
| COMPLAINT FILED? | _____ Yes   __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _X_ No |
| If No, a new warrant is required | |
| OFFENSE(S): | 18 U.S.C. § 4 (Misprision of Felony) |
| LOCATION OF OFFENSE: | Pueblo, Colorado and elsewhere |
| PENALTY: | NMT 3 years' imprisonment; fine of $250,000 or 2x gain/loss, whichever is greater (or both a fine and imprisonment); NMT 1 years' supervised release; SA fee of $100 |
| AGENT: | Jorge Richardson<br>Special Agent, DCIS |
| AUTHORIZED BY: | Bryan David Fields<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will not seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is **not** applicable to this defendant

1