AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| USA | ) | |
|---|---|---|
| Plaintiff | ) | |
| Angela Petersen | ) | Case No. 19-cr-00354-KLM |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____

Date: Aug 7, 2019

_____
Attorney's signature

Gary Lozow 2031
Printed name and bar number

360 S. Garfield
Address

G Lozow(@) Foster Graham.com
E-mail address

303 337 98 K
Telephone number

303 339 786
FAX number