IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

　　Plaintiff v.

ANGELA PETERSEN,

Defendant.

### NOTICE OF DISPOSITION

　　COMES NOW the Defendant, Angela Petersen, by and through her attorney, Gary Lozow of the law firm Foster Graham Milstein and Calisher, LLP, and the United States of America by and through Bryan Fields, Assistant United States Attorney, and advises this Court that the Parties have arrived at a disposition in the above-captioned matter and that this Honorable Court has scheduled the case for a change of plea hearing on September 27, 2019 at 10:00 a.m.

　　Respectfully submitted this 9th day of August 2019.

**FOSTER GRAHAM MILSTEIN & CALISHER LLP**

By:  *s/ Gary Lozow*
　　Gary Lozow
　　360 S. Garfield, 6th Floor
　　Denver, CO 80209
　　Telephone: (303) 333-9810
　　Facsimile: (303) 333-9786
　　glozow@fostergraham.com

**ATTORNEY FOR DEFENDANT
ANGELA PETERSEN**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August 2019, I electronically filed the foregoing **NOTICE OF DISPOSITION** to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all listed email addresses, including the following:

>Bryan Fields
>Assistant United District Attorney
>United States Attorney's Office
>1801 California Street, Suite 1600
>Denver, CO 80202
>briyan.fields3@usdoj.gov

*s/ Dianna Matsuda*