IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

    Plaintiff v.

ANGELA PETERSEN,

Defendant.

---

### UNOPPOSED MOTION TO ALLOW TRAVEL TO LOCATIONS IN NEBRASKA OUTSIDE OF COLORADO

---

COMES NOW the Defendant, Angela Petersen, by and through her attorney, Gary Lozow of the law firm Foster Graham Milstein & Calisher, LLP, and requests this Honorable Court enter an order allowing the Defendant to travel in and out of the state of Colorado to the state of Nebraska, and as grounds therefore states as follows:

1. The Defendant is presently on a personal recognizance bond.

2. The Defendant is not subject to Pretrial supervision.

3. One of the conditions of the Defendant's personal recognizance bond is that she is not permitted to travel outside the state of Colorado absent the Court's permission.

4. The Defendant's husband has working farmland near the family residence close to Sterling, Colorado, which is a short distance from the Nebraska state line.

5. The Defendant helps move equipment and/or farming workers between the states for farming purposes.

6. In addition, the Defendant, on occasion, helps in other ways by traveling to Sydney, Nebraska or Kimball, Nebraska to pick up parts and supplies that are unavailable in Sterling, Colorado.

7. All Nebraska locations are within a 35- to 75-minute drive from the Defendant's Sterling residence.

8. Counsel has conferred with the U.S. Attorney, Bryan Fields, who has no objection to this request.

9. Counsel has attempted to contact Pat Handley, the author of the Defendant's Pretrial Services report, but has not had a return call as of the date of the filing of this Motion.

WHEREFORE, the Defendant prays that this Honorable Court enter an order allowing the Defendant to travel to and from Colorado to Nebraska as necessary for her husband's farming business.

Respectfully submitted this 15th day of August 2019.

**FOSTER GRAHAM MILSTEIN & CALISHER LLP**

By: *s/ Gary Lozow*
Gary Lozow
360 S. Garfield, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
Facsimile: (303) 333-9786
glozow@fostergraham.com

**ATTORNEY FOR DEFENDANT
ANGELA PETERSEN**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August 2019, I electronically filed the foregoing **UNOPPOSED MOTION TO ALLOW TRAVEL TO LOCATIONS IN NEBRASKA OUTSIDE OF COLORADO** to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all listed email addresses, including the following:

> Bryan Fields
> Assistant United District Attorney
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> briyan.fields3@usdoj.gov

*s/ Dianna Matsuda*