IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

    Plaintiff

v.

ANGELA PETERSEN,

Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO ALLOW TRAVEL TO LOCATIONS IN NEBRASKA OUTSIDE OF COLORADO**

---

This matter coming to the attention of the court on Defendant's Unopposed Motion to Allow Travel to Locations in Nebraska Outside of Colorado, it is, therefore,

ORDERED that the motion be granted and that the Defendant be allowed to travel outside of the state of Colorado to Nebraska as necessary for her husband's farming business.

DATED at Denver, Colorado this _____ day of _____, _____.

                                        BY THE COURT:

                                        _____

                                        Judge, United States District Court