# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Terri Lindblom<br>Probation:  n/a | Date:  September 27, 2019<br>Interpreter:  n/a |

**CASE NO.   19-cr-00354-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Bryan Fields |
| Plaintiff, | |
| v. | |
| 1.  ANGELA PETERSEN, | Gary Lozow |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:**     **10:01 a.m.**
Appearances of counsel.   Defendant is present and on bond.

Defendant sworn and answers true name.   Defendant is 38 years old.

**EXHIBITS:**   Plea documents received.

Defendant waives reading of the Information.

Defendant pleads GUILTY to Count 1 of the Information.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Court's findings and conclusions.

Court accepts plea of guilty.

Court defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED:** The Probation Department **shall** conduct an independent factual investigation in this case.

**ORDERED:** Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED:** Sentencing is set for **December 20, 2019, at 2:00 p.m.**

**ORDERED:** Any information, release, data, or material provided to the Probation Department by the defendant shall be used by the Probation Department only for the preparation of the report and for no other purpose without further order or authorization from the Court.

**ORDERED:** Defendant is continued on bond.

**COURT IN RECESS:** 10:31 a.m.
**Total in court time:** 00:30
**Hearing concluded**