IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

    Plaintiff v.

ANGELA PETERSEN,

Defendant.

### UNOPPOSED MOTION TO TRAVEL TO ARIZONA OVER THANKSGIVING

COMES NOW the Defendant Angela Petersen by and through her attorney, Gary Lozow of Foster Graham Milstein and Calisher, LLP, and requests that this Honorable Court grant the Defendant's request to travel to Scottsdale, Arizona on November 27, 2019 to return to Colorado on December 1, 2019, and submits the following in support of this request:

1. The Defendant is presently on a Personal Recognizance bond.

2. The Defendant wishes to visit family over Thanksgiving in Scottsdale, Arizona.

3. Counsel has conferred with Bryan Fields from the U.S. Attorney's Office, who is of record of this case.  Mr. Fields has no objection to this travel request.

4. Counsel has also conferred with Pretrial Services who have no objection to this request.

WHEREFORE the Defendant prays that this Honorable Court enter an order granting the Defendant's request to travel over the dates in question.

Respectfully submitted this 13th day of November 2019.

**FOSTER GRAHAM MILSTEIN & CALISHER LLP**

By: *s/ Gary Lozow*
Gary Lozow
360 S. Garfield, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
Facsimile: (303) 333-9786
glozow@fostergraham.com

**ATTORNEY FOR DEFENDANT
ANGELA PETERSEN**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November 2019, I electronically filed the foregoing **UNOPPOSED MOTION TO TRAVEL TO ARIZONA OVER THANKSGIVING** to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all listed email addresses, including the following:

Bryan Fields
Assistant United District Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
briyan.fields3@usdoj.gov

*s/ Dianna Matsuda*