IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

    Plaintiff

v.

ANGELA PETERSEN,

Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO TRAVEL TO ARIZONA OVER THANKSGIVING**

---

This matter coming to the attention of the court on Defendant's Unopposed Motion to Travel to Arizona over Thanksgiving, it is, therefore,

ORDERED that the motion be granted and that the Defendant be allowed to travel to Arizona over Thanksgiving as necessary to visit family over the holiday.

DATED at Denver, Colorado this _____ day of _____, _____.

                                                BY THE COURT:

                                                _____
                                                Judge, United States District Court