# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

    Plaintiff v.

ANGELA PETERSEN,

    Defendant.

---

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO THE GOVERNMENT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

---

COMES NOW the Defendant Angela Petersen by and through her attorney, Gary Lozow of Foster Graham Milstein and Calisher, LLP, and requests that this Honorable Court allow the Defendant an extension to December 3, 2019 to respond to the Government's Objections to Presentence Investigation Report, and submits the following in support of this request:

1. The Defendant deadline to respond to the Government's Objections to Presentence Investigation Report is November 28, 2019.

2. On November 27, 2019, the Government produced voluminous discovery regarding this case which the Defendant has not had a chance to review.

3. Counsel has conferred with Bryan Fields from the U.S. Attorney's Office who has no objection to extending the response deadline to December 3, 2019.

4. Counsel has attempted to contact Probation who has not responded as of the date of this filing.

WHEREFORE the Defendant prays that this Honorable Court enter an order

extending the deadline for the Defendant to respond to the Government's Objections to Presentence Investigation Report to December 3, 2019.

Respectfully submitted this 27th day of November 2019.

**FOSTER GRAHAM MILSTEIN & CALISHER LLP**

By: *s/ Gary Lozow*
Gary Lozow
360 S. Garfield, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
Facsimile: (303) 333-9786
glozow@fostergraham.com

**ATTORNEY FOR DEFENDANT
ANGELA PETERSEN**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of November 2019, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO THE GOVERNMENT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT** to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all listed email addresses, including the following:

Bryan Fields
Assistant United District Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
briyan.fields3@usdoj.gov

*s/ Dianna Matsuda*

{00756259.DOCX / 1 }                                          2