IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

 Plaintiff

v.

ANGELA PETERSEN,

Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO THE GOVERNMENT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

---

 This matter coming to the attention of the court on Defendant's Unopposed Motion to Extend Deadline to File Response to the Government's Objections to Presentence Investigation Report, it is, therefore,

 ORDERED that the motion be granted allowing the Defendant an extension to December 3, 2019 to respond to the Government's Objections to Presentence Investigation Report.

 DATED at Denver, Colorado this _____ day of _____, _____.

              BY THE COURT:

              _____
              Judge, United States District Court