IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

    Plaintiff

v.

ANGELA PETERSEN,

    Defendant.

## MOTION TO RESTRICT DOCUMENTS

Defendant, by and through her attorney, Gary Lozow, requests that the Court restrict the Sentencing Memorandum and Motion for Departure filed with this Motion for the reasons stated in the brief filed in support of this motion.

Ms. Petersen requests a "Level 2" restriction. Pursuant to D.C.COLO.LCrR 47.1(b), "Level 2" restriction would make the document, any order revealing the contents of that document, and the brief filed in support of this motion accessible "to the filing party, the affected defendant(s), the government, and the court."

WHEREFORE, Defendant Angela Petersen prays for the relief requested.

{00761839.DOCX / 1 }

Respectfully submitted this 5th day of December 2019.

*s/ Gary Lozow*
Gary Lozow
360 S. Garfield, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
Facsimile: (303) 333-9786
glozow@fostergraham.com

**ATTORNEYS FOR DEFENDANT ANGELA PETERSEN**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December 2019 I electronically filed the foregoing **MOTION TO RESTRICT DOCUMENTS** with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all listed email addresses, including the following:

Bryan Fields
Assistant United District Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
briyan.fields3@usdoj.gov

*s/ Dianna Matsuda*
Dianna Matsuda