IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

    Plaintiff

v.

ANGELA PETERSEN,

Defendant.

**ORDER GRANTING MOTION TO RESTRICT DOCUMENTS**

This matter coming to the attention of the court on Defendant's Motion to Restrict Documents, it is, therefore,

ORDERED that the motion be granted restricting, at "Level 2" restriction, the Brief in Support of the Motion to Restrict Documents and the Sentencing Memorandum and Motion for Departure until further order by the Court.

DATED at Denver, Colorado this _____ day of _____, _____.

                                        BY THE COURT:

                                        _____

                                        Judge, United States District Court