CASE CAPTION: *United States v. Petersen*

CASE NO.: 19-cr-00354-RM

EXHIBIT LIST OF: United States of America, Plaintiff
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | N/A | March 30, 2009 email re HUBZone map (MASS_E_00092830) | | | | | |
| 2 | N/A | Memorandum of Interview: L.B. (INV_00005438) | | | | | |
| 3 | N/A | May 11, 2009 email re BAHA employees (MASS_E_00088629) | | | | | |
| 4 | N/A | June 2, 2009 email re BAHA employees (MASS_E_00091994) | | | | | |
| 5 | N/A | August 3, 2009 email re BAHA employees (MASS_E_00088629) | | | | | |
| 6 | N/A | June 5, 2009 email re HUBZone regulations (MASS_E_00086237) | | | | | |
| 7 | N/A | June 7, 2009 email re HUBZone (MASS_E_000087473) | | | | | |
| 8 | N/A | Excel spreadsheet attachment to June 7, 2009 email (MASS_E_0087474) | | | | | |
| 9 | N/A | June 7, 2009 email re updated HUBZone spreadsheet (MASS_E_00093149) | | | | | |
| 10 | N/A | Excel spreadsheet attachment to June 7, 2009 email (MASS_E_00093150) | | | | | |
| 11 | N/A | June 8, 2009 email re K.K. and J.J.K. leases (MASS_E_00088384) | | | | | |
| 12 | N/A | K.K. lease attachment to June 8, 2009 email (MASS_E_00088385) | | | | | |
| 13 | N/A | J.J.K. lease attachment to June 8, 2009 email (MASS_E_00088385) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 14 | N/A | Memorandum of Interview: K.K. (INV_00005446-47) | | | | | |
| 15 | N/A | Memorandum of Interview: L.L. (INV_00005416-17) | | | | | |
| 16 | N/A | MASS HUBZone Recertification Submitted August 11, 2009 (MASS_00007870) | | | | | |
| 17 | N/A | Memorandum of Interview: S.H. (INV_00005418-20) | | | | | |
| 18 | N/A | MASS HUBZone Submission March 1, 2001 (MASS_00000003) | | | | | |
| 19 | N/A | MASS HUBZone Submission May 18, 2011 (MASS_00000435) | | | | | |
| 20 | N/A | August 21, 2009 email response re affiliations (MASS_E_00092960) | | | | | |
| 21 | N/A | Reserved | | | | | |
| 22 | N/A | August 21, 2009 email response to SBA (MASS_E_00093236) | | | | | |
| 23 | N/A | September 22, 2009 email re HUBZone recertification (MASS_E_00090282) | | | | | |
| 24 | N/A | September 22, 2009 email response re HUBZone recertification (MASS_E_00092981) | | | | | |
| 25 | N/A | February 2, 2011 email re HUBZone decertification (MASS_00021955) | | | | | |
| 26 | N/A | MASS HUBZone Submission, March 10, 211 (MASS_00000149) | | | | | |
| 27 | N/A | MASS HUBZone Submission July 30, 2012 (MASS_00019385) | | | | | |
| 28 | N/A | July 20, 2011 email re lawdepot.com receipt (MASS_E_00049520) | | | | | |
| 29 | N/A | July 20, 2011 email to S.H. re lawdepot.com lease (MASS_E_00068772) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 30 | N/A | Lawdepot.com lease (MASS_E_00068773) | | | | | |
| 31 | N/A | July 20, 2011 email from M.C.G. to J.J.K. re lawdepot.com lease (MASS_E_00068770) | | | | | |
| 32 | N/A | Lawdepot.com lease with A.P Signature (MASS_E_00068771) | | | | | |
| 33 | N/A | July 21, 2011 email to S.H. with lawdepot.com lease (MASS_E_00068960) | | | | | |
| 34 | N/A | Lawdepot.com lease attached to July 21, 2011 email (MASS_E_00068691) | | | | | |
| 35 | N/A | July 22, 2011 email with notarized lawdepot.com lease (MASS_E_00044750) | | | | | |
| 36 | N/A | Notarized lease attached to July 22, 2011 email (MASS_E_00044750) | | | | | |
| 37 | N/A | February 15, 2011 email re Hubzone recertification (MASS_00021913) | | | | | |
| 38 | N/A | Memorandum of Interview:  C.R. and T.R (NV_00005457-59) | | | | | |
| 39 | N/A | C.R. Job Application (MASS_0007771-83) | | | | | |
| 40 | N/A | T.R. Job Application (MASS_00077784-95) | | | | | |
| 41 | N/A | J.J.K. LinkedIn Profile (INV_37340) | | | | | |
| 42 | N/A | Memorandum of Interview:  K.S. (INV_00005441-45) | | | | | |
| 43 | N/A | February 11, 2011 email re J.J.K. lease (MASS_E_00065492) | | | | | |
| 44 | N/A | School records re J.J.K. (INV_00026273-326_ | | | | | |
| 45 | N/A | J.J.K. lease application re Windsow Property Management (MASS_E_00065493) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 46 | N/A | J.J.K. lease application guarantor statement (MASS_E_00065494) | | | | | |
| 47 | N/A | January 28, 2009 fax re J.J.K. lease (MASS_E_00044350) | | | | | |
| 48 | N/A | J.J.K. Winslow Property Management Documents (INV_00072052-89) | | | | | |
| 49 | N/A | J.J.K. Lease documents re Monaco St. (MASS_E_00044350) | | | | | |
| 50 | N/A | J.J.K. lease re union lease (INV_26235-39)_ | | | | | |
| 51 | N/A | June 23, 2011 email re J.J.K. insurance card (MASS_E_00081861)_ | | | | | |
| 52 | N/A | Insurance card attachment to June 23, 2011 email (MASS_E_00081862)_ | | | | | |
| 53 | N/A | February 16, 2011 email re J.J.K. address (MASS_E_00054398) | | | | | |
| 54 | N/A | August 4, 2011 email re J.J.K. railpass (MASS_E_00054439) | | | | | |
| 55 | N/A | S.H. MASS personnel file (MASS_E_00044488) | | | | | |
| 56 | N/A | Memorandum of Interview:  J.L. (INV_00005439-40) | | | | | |
| 57 | N/A | Video re J.L. Colorado Drivers License (INV_00033672) | | | | | |
| 58 | N/A | Email from J.L. re Colorado Drivers License (INV_0004467-71) | | | | | |
| 59 | N/A | MASS Payroll statement:  J.L.March 15, 2011 (MASS_00006048) | | | | | |
| 60 | N/A | MASS Payroll statement:  J.L.March 22, 2011 (MASS_00006091) | | | | | |
| 61 | N/A | April 29, 2011 email re HUBZone employee audit (MASS_E_00079517) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 62 | N/A | Excel spreadsheet attachment to April 29, 2011 email re HUBZone employee audit (MASS_E_00079518) | | | | | |
| 63 | N/A | Memorandum of Interview: M.D. (INV_00005407) | | | | | |
| 64 | N/A | Agency Investigation Report re A.P. Divorce Records (INV_00006666) | | | | | |
| 65 | N/A | A.P. Divorce records (INV_00006677-87) | | | | | |
| 66 | N/A | A.P. Final Divorce Decree (INV_000058502 – 04) | | | | | |
| 67 | N/A | Memorandum of Interview: Ja.B and Ju.B. (INV_00006495-500) | | | | | |
| 68 | N/A | A.P. Petition for Dissolution of Marriage (INV_00005498-501) | | | | | |
| 69 | N/A | September 1, 2011 email re Employee Handbook (MASS_E_00082247) | | | | | |
| 70 | N/A | June 21, 2011 email re confirmation of JJK staffing (MASS_E_00062806) | | | | | |
| 71 | N/A | Articles of Organization: JJK Staffing (INV_00034883) | | | | | |
| 72 | N/A | Reserved | | | | | |
| 73 | N/A | June 21, 2011 email re WF account of JJK (MASS_E_00081229) | | | | | |
| 74 | N/A | Identification card for WF JJK account signed June 21, 2011 (MASS_E_00081230) | | | | | |
| 75 | N/A | June 21, 2011 email re M.G. deposit to JJK account (MASS_E_00081235) | | | | | |
| 76 | N/A | June 21, 2012 email re hiring of JJK employee (MASS_E_00019015) | | | | | |
| 77 | N/A | Excel spreadsheet attachment to May 12, 2012 email re New Employees (MASS_00019833) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 78 | N/A | May 12, 2012 email re New Employees (MASS_00019831) | | | | | |
| 79 | N/A | Memorandum of Interview: L.D. (INV_00005412-13) | | | | | |
| 80 | N/A | July 2012 MASS HUBZone Submission (000012372 – 527) | | | | | |
| 81 | N/A | July 17, 2017 email re HUBZone worksheet (MASS_E_00018714) | | | | | |
| 82 | N/A | Excel spreadsheet attachment to July 17, 2017 email (MASS_E_00018715) | | | | | |
| 83 | N/A | August 1, 2012 email requesting additional documents (MMASS_E_00010807) | | | | | |
| 84 | N/A | August 1, 2012 email with affidavit (MASS_E_00015873) | | | | | |
| 85 | N/A | Affidavit of S.H. attached to August 1,2 012 email (MASS_E_00015874) | | | | | |
| 86 | N/A | Affidavit of A.P. attached to August 1,2 012 email (MASS_E_00015876) | | | | | |
| 87 | N/A | MC.G. Letter . attached to August 1,2 012 email (MASS_E_00015875) | | | | | |
| 88 | N/A | August 1, 2012 email from M.C.G. to S.H. re Affidavit (MASS_E_00014737) | | | | | |
| 89 | N/A | Attachment to August 1, 2012 email from M.C.G. to S.H. (MASS_E_00014738) | | | | | |
| 90 | N/A | July 30, 2012 submission to SBA (MASS_00019385) | | | | | |
| 91 | N/A | Offer re IDIQ_Solicitation No. W9128F-08-R-0020 (INV_00001925-27) | | | | | |
| 92 | N/A | MASS Bid Proposal re Solicitation No. W9128F-08-R-0020 (INV_00002977-2240) | | | | | |
| 93 | N/A | Decision Document re Solicitation No. W9128F-08-R-0020 (INV_00002269 – 74) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 94 | N/A | November 11, 2009 pay estimate re IDIQ, Contract No. W9128F-08-R-0020 (INV_00002803 – 34) | | | | | |
| 95 | N/A | COANG RTI Contract No. W912LC-11-R-008-004 (INV_00013672 – 719) | | | | | |
| 96 | N/A | COANG RTI Solicitation No. W912LC-11-R-008-004 (INV_00052464 – 534) | | | | | |
| 97 | N/A | MASS Bid Proposal re Solicitation No. W912LC-11-R-008-004 (INV_00014573 – 601) | | | | | |
| 98 | N/A | ORCA signed by M.C.G. (INV_00005882 – 5926) | | | | | |
| 99 | N/A | COANG TRI Decision (INV_00004234 – 46) | | | | | |
| 100 | N/A | Memorandum of Interview: Mark Schoenrock (INV_00005408-11) | | | | | |
| 101 | N/A | COAG Selection Plan (INV_00004195 – 4213) | | | | | |
| 102 | N/A | MASS Bid Proposal re Solicitation No. GS-08P-JA-C0005 (INV_00005023 – 5038) | | | | | |
| 103 | N/A | Memorandum of Interview: S.S. (INV_00004834 – 922) | | | | | |
| 104 | N/A | GSA Decision (INV_00005401 – 06) | | | | | |
| 105 | N/A | Transcript of J.J.K. Testimony | | | | | |
| 106 | N/A | Transcript of M.C.G. Testimony | | | | | |
| 107 | N/A | Transcript of S.H. Testimony | | | | | |
| 108 | N/A | Transcript of A.P. Testimony | | | | | |
| 109 | N/A | S.H. Notary Application (INV_00005432-33) | | | | | |