IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

    Plaintiff v.

ANGELA PETERSEN,

    Defendant.

---

### SUBMISSION OF SUPPLEMENTED LEGAL AUTHORITY IN ADVANCE OF SENTENCING HEARING

---

COMES NOW the Defendant Angela Petersen by and through her attorney, Gary Lozow of Foster Graham Milstein & Calisher, LLP, and submits the following supplemental authority for the Court's consideration:

1. The Defendant's sentencing hearing is set on December 20, 2019.

2. On December 17, 2019, the Defense became aware of an amended regulatory change that has recently been enacted relating to the matters under consideration by the Court.

3. Counsel has advised the U.S. Attorney, Bryan Fields, that he may refer to this Federal regulation in argument and Mr. Fields has notice of this possibility.

4. Counsel requests that the Court review 13 C.F.R. 126.103 which reflects a change in the regulatory scheme concerning future HUBZone requirements after November 26, 2019.

Respectfully submitted this 19th day of December 2019.

**FOSTER GRAHAM MILSTEIN & CALISHER LLP**

By: *s/ Gary Lozow*
Gary Lozow
360 S. Garfield, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
Facsimile: (303) 333-9786
glozow@fostergraham.com

**ATTORNEY FOR DEFENDANT
ANGELA PETERSEN**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December 2019, I electronically filed the foregoing **SUBMISSION OF SUPPLEMENTED LEGAL AUTHORITY IN ADVANCE OF SENTENCING HEARING** to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all listed email addresses, including the following:

Bryan Fields
Assistant United District Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
briyan.fields3@usdoj.gov

*s/ Dianna Matsuda*