# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: December 20, 2019 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation: Ryan Kinsella for Gary Burney | |

**CASE NO.   19-cr-00354-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Bryan Fields |
| Plaintiff, | |
| v. | |
| 1. ANGELA PETERSEN, | Gary Lozow |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**    9:02 a.m.
Appearances of counsel.  Defendant is present and on bond.

Defendant entered her plea on September 27, 2019, to Count 1 of the Information.  The Court formally accepts the Plea Agreement at this hearing.

The Court makes preliminary remarks regarding exhibits.

**ORDERED:** Counsel for the Government shall maintain copies of the exhibits submitted to the Court for purposes of appeal, if any.

Discussion held regarding pending motions and objections.

**ORDERED:** Defendant's motion (Doc. 32) is DENIED as stated on the record.

Argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, ANGELA PETERSEN, is hereby sentenced to a term of probation of **one (1) year.**

**ORDERED:**   While on probation, the defendant shall comply with all mandatory conditions of supervision as required by law, all standard conditions of supervision as required by this Court, and the special conditions of supervision as stated on the record.

**ORDERED:**   Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of her right to appeal the sentence imposed by the Court.

**ORDERED:**   Any notice of appeal must be filed within 14 days.

**ORDERED:**   Bond is continued until entry of the judgment, at which time the bond will be exonerated.

**Court in recess:**   10:22 a.m.
Hearing concluded.
Total time:            1:20