IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

    Plaintiff v.

ANGELA PETERSEN,

    Defendant.

---

### MOTION TO RETURN DEFENDANT'S PASSPORT

---

COMES NOW the Defendant Angela Petersen by and through her attorney, Gary Lozow of Foster Graham Milstein & Calisher, LLP, and submits the following request to return her passport, and as grounds therefore state as follows:

1. The Defendant surrendered her passport to the Court on August 19, 2019.

2. On December 20, 2019, the Defendant was sentenced and judgment was entered against the Defendant on December 23, 2019.

3. Counsel was notified by the Court via e-mail dated January 31, 2020 that the Defendant's passport was being released.

4. The Defendant requests that the Court send her passport to the following address: Ms. Angela Petersen, 19374 County Road 38, Sterling, CO 80751.

Respectfully submitted this 26th day of January 2020.

**FOSTER GRAHAM MILSTEIN & CALISHER LLP**

By: *s/ Gary Lozow*
Gary Lozow
360 S. Garfield, 6th Floor
Denver, CO 80209
Telephone: (303) 333-9810
Facsimile: (303) 333-9786
glozow@fostergraham.com

**ATTORNEY FOR DEFENDANT
ANGELA PETERSEN**

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February 2020, I electronically filed the foregoing **MOTION TO RETURN DEFENDANT'S PASSPORT** to the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all listed email addresses, including the following:

Bryan Fields
Assistant United District Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
briyan.fields3@usdoj.gov

*s/ Dianna Matsuda*