IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

    Plaintiff

v.

ANGELA PETERSEN,

Defendant.

## ORDER GRANTING MOTION TO RETURN DEFENDANT'S PASSPORT

This matter coming to the attention of the court on Defendant's Motion to Return Defendant's Passport, it is, therefore,

ORDERED that the motion be granted allowing the Defendant's passport to be returned to her at 19374 County Road 38, Sterling, CO 80751.

DATED at Denver, Colorado this _____ day of _____, _____.

BY THE COURT:

_____
Judge, United States District Court

{00814583.DOCX / 1 }