**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No. 19-cr-00354-RM

UNITED STATES OF AMERICA,

     Plaintiff

v.

ANGELA PETERSEN,

     Defendant.

---

**ORDER GRANTING MOTION TO RETURN DEFENDANT'S PASSPORT**

---

This matter coming to the attention of the court on Defendant's Motion to Return Defendant's Passport (ECF No. 41, it is, therefore,

ORDERED that the motion be granted allowing the Defendant's passport to be released. Defendant is directed to contact the Clerk's Office to arrange for the details of the passport's return.

DATED this 2nd day of March, 2020.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge